**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Passport, Ltd.
                Plaintiff,

v.                                     Case No.: 1:25−cv−06504
                                                    Honorable Rebecca R. Pallmeyer

Custom Culinary, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion, the parties are directed to submit a Report of Planning Meeting on or before 8/18/2025. An in−person status hearing is set 8/26/2025 at 9:00 a.m. in courtroom 2503. Please see https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/pallmeyer/Report%20of%20Pl anning%20Mtg.pdf. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.